IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH H. CEBERTOWICZ,<br><br>**Plaintiff,**<br><br>v.<br><br>JAMES MUTAYOBA,<br><br>**Defendant.** | Case No. 18-cv-01866-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Kenneth Cebertowicz, a former inmate at Robinson Correctional Center, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Following preliminary review of the Complaint, pursuant to 28 U.S.C. § 1915(e)(2), the Court allowed Cebertowicz to proceed on a First Amendment claim against Chaplain Mutayoba for denying his request for a meatless food tray on Fridays and Ash Wednesday. (Doc. 5). Mutayoba filed an answer to the Complaint, and the Court entered a scheduling order establishing discovery and dispositive motion deadlines on November 21, 2019.

Now pending before the Court is a Motion to Dismiss filed by Cebertowicz (Doc. 19). In his motion, Cebertowicz states that he is no longer interested in this action and asks the Court to dismiss the case with prejudice.

Under Federal Rule of Civil Procedure 41(a)(2), after the defendant serves an answer, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Upon review, the Court is

satisfied that voluntary dismissal is appropriate. This case is still in the early stages, and discovery on the merits has not yet concluded. Furthermore, Defendant Mutayoba has not filed a response or raised any arguments in opposition to the motion. As Cebertowicz requests, the motion is **GRANTED,** and this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is **DIRECTED** to **CLOSE** this case and enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED:**   June 9, 2020

                                                       _____
                                                       **NANCY J. ROSENSTENGEL**
                                                       **Chief U.S. District Judge**